**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                                      :        Chapter   13

                                                           :

Jennifer Renee Ballard

                                                           :

          Debtor                                           :        Bankruptcy No. 19-12958


ORDER


          AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated 05/07/2019, this case

is hereby DISMISSED.

**Date: May 24, 2019**

                                        ERIC L. FRANK
                                        United States Bankruptcy Judge


Missing Documents:
          Certification Concerning Credit Counseling
          and/or Certificate of Credit Counseling
          Matrix List of Creditors
          Chapter 13 Plan
          Chapter 13 Statement of Your Current Monthly Income
          and Calculation of Commitment Period Form 122C-1
          Mans Test Calculation Form 122C-2
          Schedules AB-J
          Statement of Financial Affairs
          Summary of Assets and Liabilities Form B106


bfmisdoc elf (1/22/15)