United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12958-elf
Jennifer Renee Ballard                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer              Page 1 of 1               Date Rcvd: May 24, 2019
                              Form ID: pdf900             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2019.
db            +Jennifer Renee Ballard,    3012 N. Ringgold St.,    Philadelphia, PA 19132-1328
14325100      +Bayview Loan Servicing, LLC,,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov May 25 2019 02:08:30     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2019 02:08:14
                Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 25 2019 02:08:28     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 25 2019 02:14:47
                Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 25 2019 02:14:30     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14323769      +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 25 2019 02:15:03
                Attn:  Capital One Auto Finance,,   a division of Capital One, N.A. Dept,
                AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14323718      +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 25 2019 02:15:03
                Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14321800      +E-mail/PDF: gecsedi@recoverycorp.com May 25 2019 02:14:30     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Jennifer Renee Ballard | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-12958 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 05/07/2019, this case is hereby DISMISSED.

**Date: May 24, 2019**

ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:
  Certification Concerning Credit Counseling
  and/or Certificate of Credit Counseling
  Matrix List of Creditors
  Chapter 13 Plan
  Chapter 13 Statement of Your Current Monthly Income
  and Calculation of Commitment Period Form 122C-1
  Mans Test Calculation Form 122C-2
  Schedules AB-J
  Statement of Financial Affairs
  Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)